IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JACK FLEMING, | ) | CASE NO.  1:05CV1591 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | JUDGE ANN ALDRICH |
| | ) | |
| FORD MOTOR COMPANY, et al. | ) | |
| | ) | |
| Defendant(s). | ) | <u>ORDER</u> |

The Court has filed its Memorandum and Order granting summary judgment in favor of the defendants in the above-captioned matter.  Accordingly, this action is hereby terminated pursuant to Federal Rule of Civil Procedure 58.

This order is final and appealable

IT IS SO ORDERED.

                                               s/Ann Aldrich
                                              Judge Ann Aldrich
                                              United States District Judge

*Dated: <u>January 26, 2006</u>*